IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN VARGAS-BONILLA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 308-046 |
| ) | |
| WALT WELLS, Warden CCA/McRae, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition is **DISMISSED** without prejudice based on Petitioner's failure to exhaust administrative remedies.

SO ORDERED this 26 day of June, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE